JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MARY GORDON, as successor-in-interest for decedent, Matthew Shawn Gordon, and on her own behalf,

Plaintiff,

v.

COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, ORANGE COUNTY SHERIFF-CORONER SANDRA HUTCHENS, ORANGE COUNTY CENTRAL MEN'S JAIL, ORANGE COUNTY HEALTH CARE AGENCY, ROBERT DENNEY, BRIAN TUNQUE, BRIANNE GARCIA, DEBRA FINLEY, and DOES 5 through 10, inclusive,

Defendants.

Case No.: SACV 14-01050-CJC(DFMx)

JUDGMENT

This action came on for hearing before the Court on August 5, 2019, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff take nothing, that the action be dismissed on the merits, and that Defendants recover their costs.

DATED:   August 5, 2019

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE